■ In the Matter of JOSEPH GOLDSTEIN, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, and STANLEY HARWOOD, Respondents.— In a proceeding to invalidate petitions designating respondent Stanley Harwood as a candidate in the Liberal Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the Assembly for the 11th Assembly District, Nassau County, the appeal is from a judgment of the Supreme Court, Nassau County, entered June 8, 1970, which denied the application. Judgment affirmed, without costs. No opinion. Christ, P. J., Rabin, Hopkins, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of IRWIN J. LANDES et al., Appellants, v. MARVIN D. CRISTENFELD et al., Constituting the Board of Elections of the County of Nassau, Respondents.— In a proceeding to enjoin respondents against using voting machines or, in the alternative, to direct them to use paper ballots in the Liberal Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the Assembly for the 18th Assembly District, Nassau County, the appeal is from a judgment of the Supreme Court, Nassau County, entered June 11, 1970, which denied the application. Judgment affirmed, without costs. No opinion. Christ, P. J., Rabin, Hopkins, Kleinfeld and Brennan, JJ., concur.